IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY AND/OR OMAHA WOODMEN LIFE INSURANCE SOCIETY, <br><br> Plaintiff, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, <br><br> Defendant. | **8:13CV307** <br><br> **AMENDED FINAL PROGRESSION ORDER** |

The Unopposed Motion to Extend Deadlines (filing 26) is granted.

IT IS ORDERED that the amended progression order is as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge,   in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **February 17, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 3, 2015** at **10:30 a.m.**, and will be conducted by WebEx conferencing.   To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 2, 2015.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **November 18, 2014** at **9:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 2, 2014.  Motions to compel Rule 33 through 36 discovery must be filed by August 18, 2014.

5) The deadline for identifying expert witnesses expected to testify at the trial and deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 30, 2014.

6)      The deposition deadline is September 2, 2014.

7)      The deadline for filing motions to dismiss and motions for summary judgment is September 16, 2014.

8)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 1, 2014.

9)      Motions in limine shall be filed five business days prior to trial.  It is not the normal practice to hold hearings on motions in limine or to rule on them in advance.  Counsel should plan accordingly.

10)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

May 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge